445 A.2d 203

Com. ex rel. Wilson v. Greene, Appellant.

Submitted January 25, 1982. Pamela Pryor Cohen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.

445 A.2d 203

Crivellario, Appellant v. Stevens et ux.

Submitted January 27, 1982. Gene F. Roscioli, for appellant; James C. Hogan, for appellees.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order of the lower court is affirmed.